IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 22 PM 3:50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

RONALD M. WYRICK,

    Plaintiff,

vs.                      No.   05-2366 B P

THEODORE HALL, PAUL MACKLIN
d/b/a PAUL MACKLIN TRUCKING and
PAUL MACKLIN HAULING,

    Defendants.

## RULE 16(b) CONSENT SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held July 7, 2005. Present were Charles M. Agee, counsel for Plaintiff, and Teresa A. Boyd, counsel for Defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT
TO Fed.R.Civ.P. 26(a)(1):              14 days after the 26(f) conference. If not made before the Rule 16(b) conference, then 14 days after the Rule 16(b) conference.

JOINING PARTIES:                                          September 7, 2005

AMENDING PLEADINGS:                                September 7, 2005

INITIAL MOTIONS TO DISMISS:                  September 10, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-23-05



| | | |
|---|---|---|
| COMPLETING ALL DISCOVERY: | | March 1, 2006 |
| (a) | DOCUMENT PRODUCTION: | January 16, 2006 |
| (b) | DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: | January 16, 2006 |
| (c) | EXPERT WITNESS DISCLOSURE (Rule 26): | |
| | (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: | January 2, 2006 |
| | (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: | February 1, 2006 |
| | (3) EXPERT WITNESS DEPOSITIONS: | March 1, 2006 |
| FILING DISPOSITIVE MOTIONS: | | April 3, 2006 |

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial. The pretrial order date. pretrial conference date, and trial date will be set by the presiding judge. *It is anticipated the trial will last 4-5 days.*

This case is appropriate for ADR. The parties are directed to engage in court – annexed attorney mediation or private mediation ~~after~~ *on or before* the close of discovery. *(TWP)*

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions. except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party

2

believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

June 22, 2005
DATE

APPROVED:

THE RICHARDSON LAW FIRM

BY: _____
John D. Richardson (B.P.R. #6124)
Attorneys for Defendants
119 South Main Street, Suite 725
Memphis, TN 38103
(901) 521-1122 - phone
(901) 523-7677 - fax
R.N. 7074

_____
Charles M. Agee, Jr.
Attorney for Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02366 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

Teresa Ann Boyd
THE RICHARDSON LAW FIRM
119 South Main
Ste. 725
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT